IIN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|   |   |
|---|---|
| IN RE: GRAND JURY NO. 14-0021 | § <br> § NO. 6:16MJ 27 <br> § JUDGE MITCHELL <br> § |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Petition for Writ of Habeas Corpus Ad Testificandum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Testificandum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and Warden of the Texas Department of Criminal Justice, Crain Unit, in Gatesville, Texas, shall produce and have the body of **Samantha Lara**, material witness herein, who is detained in the custody of the Texas Department of Criminal Justice, Crain Unit, before the United States Grand Jury for the Eastern District of Texas, in Tyler, Texas, on the 16th day of March, 2016 at 9:00 a.m., for interviews and Grand Jury testimony in connection with matters then being heard by the Grand Jury; and after having so testified and been duly discharged by the Grand Jury, to return the said witness under safe and secure conduct to the custody of the Warden of the Texas Department of Criminal Justice, Crain Unit, unless otherwise ordered by the Court at the conclusion of said proceedings; and have you then and there this Writ.

So ORDERED and SIGNED this 8th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE